**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7353

WAYNE DOUGLAS BUTTS,

Plaintiff - Appellant,

versus

ROY W. CHERRY, Superintendent; MARK R. WARNER,
Governor of Virginia,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-04-377-2)

Submitted: June 3, 2005                    Decided: June 27, 2005

Before WILKINSON, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Douglas Butts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Douglas Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm. See <u>Slade v. Hampton Roads Regional Jail</u>, 407 F.3d 243 (4th Cir. 2005); <u>Waters v. Bass</u>, 304 F. Supp. 2d 802 (E.D. Va. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to forward the complete record on appeal to the United States Supreme Court is denied.

<u>AFFIRMED</u>